# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:16-CR-174 |
| | ) | |
| VICTOR DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Amended Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Victor Davis (DE #173) filed on August 22, 2017. No objections have been filed to Magistrate Judge Martin's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Victor Davis, and **FINDS** the Defendant guilty of Count 1 of the Second Superseding Indictment.[1]

This matter shall be set for sentencing via separate order.

**DATED: September 7, 2017**          /s/RUDY LOZANO, Judge
                                      **United States District Court**

---

[1] The original Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Victor Davis (DE #165) is **STRICKEN**.